■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRUS DAY, Appellant. [662 NYS2d 92] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered November 20, 1995, convicting him of reckless endangerment in the first degree and operating a motor vehicle under the influence of alcohol, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Since the defendant failed to make a motion to withdraw his plea of guilty, his challenge to the factual sufficiency of his plea is unpreserved for review (see, People v Pellegrino, 60 NY2d 636). We reject the defendant's contention that preservation was not required as there is nothing in the defendant's allocution which would cast significant doubt on his guilt or otherwise

call into question the voluntariness of his plea, nor did his factual recitation negate essential elements of the crimes to which he pleaded guilty (*see, People v Lopez,* 71 NY2d 662). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.